UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

TO:     Clerk of the Court
          1415 State Street
          Santa Barbara, CA  93101

| | |
|---|---|
| DATE: | 07/16/2018 |
| CASE NO.: | 9:16-bk-10923-DS |
| BAR DATE: | 10/04/2016 |
| % TO UNSEC: | 100.00% |

## AMENDED NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  Manuel A. Barajas & Marianne Barajas, 836 W. Sola Street, Santa Barbara, CA  93101

NOTICE IS HEREBY GIVEN TO DEBTORS AND, IF ANY, COUNSEL FOR DEBTORS THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Manuel A. Barajas | 836 W. Sola Street Santa Barbara, CA  93101 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | Karen L Grant | 924 Anacapa St Ste 1M Santa Barbara, CA  93101 | | $2,500.00 | $2,500.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | AMERICAN HONDA FINANCE CORPORATION ACCT# 7499 | PO BOX 168088 IRVING TX 75016-8088 | 06/13/2016 | PAID OUTSIDE | $0.00 | 0.00 | SECURED |
| 0002 | Cavalry SPV I, LLC ACCT# 8382 | c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson, AZ  85712 | 10/04/2016 | PAID OUTSIDE | $0.00 | 0.00 | OMITTED |
| 0003 | Asset Recovery Solutions ACCT# 3645 | 2200 E. Devon Ave Ste 200 Des Plaines, IL  60018-4501 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0004 | Caliber Home Loans ACCT# 0223 | 3701 Regent Blvd Irving, TX | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0005 | California Business Bureau ACCT# 6528 | 1711 S. Mountain Ave Monrovia, CA  91017 | 06/13/2016 | $305.00 | $480.71 | 0.00 | UNSECURED |
| 0006 | Capital One Bank (USA), N.A. ACCT# 8474 | PO Box 71083 Charlotte, NC  28272-1083 | 07/05/2016 | $584.88 | $627.29 | 0.00 | UNSECURED |
| 0007 | Capital One Bank (USA), N.A. ACCT# 6491 | PO Box 71083 Charlotte, NC  28272-1083 | 07/05/2016 | $787.99 | $822.25 | 0.00 | UNSECURED |
| 0008 | Capital One ACCT# 6886 | P.O. Box 30281 Salt Lake City, UT  84130 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0009 | Capital One Bank (USA), N.A. ACCT# 4684 | PO Box 71083 Charlotte, NC  28272-1083 | 07/05/2016 | $502.51 | $502.51 | 0.00 | UNSECURED |
| 0010 | Capital One Bank (USA), N.A. ACCT# 9024 | PO Box 71083 Charlotte, NC  28272-1083 | 07/05/2016 | $606.94 | $675.29 | 0.00 | UNSECURED |
| 0011 | Care Credit/Synchrony Bank ACCT# 5202 | P.O. Box 965036 Orlando, FL  32896-5036 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0012 | Quantum3 Group LLC as agent for ACCT# 3237 | Comenity Bank PO Box 788 Kirkland, WA  98083-0788 | 06/24/2016 | $854.51 | $854.51 | 0.00 | UNSECURED |
| 0013 | Citizens One ACCT# 6330 | P.O. Box 2360 Omaha, 68103 Omaha,  68103 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

AMENDED NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0014 | Discover Bank ACCT# 8955 | Discover Products Inc PO Box 3025 New Albany, OH  43054-3025 | 05/24/2016 | $966.88 | $1,036.83 | 0.00 | UNSECURED |
| 0015 | Department Store National Bank ACCT# 9964 | c/o Quantum3 Group LLC PO Box 657 Kirkland, WA  98083-0657 | 09/22/2016 | $995.60 | $1,042.22 | 0.00 | UNSECURED |
| 0016 | FCO ACCT# 7677 | 12304 Baltimore Ave #E Beltsville, MD  20705 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | Quantum3 Group LLC as agent for ACCT# 4109 | Sadino Funding LLC PO Box 788 Kirkland, WA  98083-0788 | 09/07/2016 | $749.43 | $802.25 | 0.00 | UNSECURED |
| 0018 | Quantum3 Group LLC as agent for ACCT# 4158 | Sadino Funding LLC PO Box 788 Kirkland, WA  98083-0788 | 09/07/2016 | $252.15 | $273.14 | 0.00 | UNSECURED |
| 0019 | Genesis Bankcard Service ACCT# 0252 | P.O. Box 4499 Beaverton, OR  97076 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0020 | GM Financial | P.O. Box 181145 Arlington, TX  76096 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0021 | Golden State Credit ACCT# 0047 | 280 N. Benson Ave #6 Upland, CA  91786 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0022 | GreatPlains Lending ACCT# 3328 | 112 Paradise Dr. B Red Rock, OK  74651 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0023 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 9536 | P O BOX 12914 NORFOLK, VA  23541 | 10/04/2016 | $396.19 | $559.02 | 0.00 | UNSECURED |
| 0024 | I C Systems ACCT# 8433 | P.O. Box 64378 Saint Paul, MN  55164 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0025 | Capital One NA ACCT# 5921 | c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | 08/29/2016 | $737.39 | $787.42 | 0.00 | UNSECURED |
| 0026 | Mastercard ACCT# 1957 | Bankcard Services P.O. Box 205458 Dallas, TX  75320-5458 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0027 | Maxlend ACCT# 4476 | P.O. Box 639 Parshall, ND  58770 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0028 | ECMC ACCT# 3062 | P O BOX 16478 LOCKBOX 8682 ST. PAUL, MN  55116-0478 | 06/08/2016 | $11,826.96 | $11,836.10 | 0.00 | UNSECURED |
| 0029 | COMENITY CAPITAL BANK ACCT# 0249 | %WEINSTEIN & RILEY, P.S. P O BOX 3978 SEATTLE, WA 98124-3978 | 10/03/2016 | $1,079.28 | $1,077.45 | 0.00 | UNSECURED |
| 0030 | Portfolio Recovery Associates ACCT# 7951 | P.O. Box 12914 Norfolk, VA  23541 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0031 | Risecredit.com ACCT# 8027 | 4150 International PZ 300 Fort Worth, TX  76109 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0032 | Southwest Collections Svc ACCT# 2061 | P.O. Box 6349 Orange, CA  92863-6349 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0033 | MIDLAND FUNDING LLC ACCT# 5202 | PO BOX 2011 WARREN, MI  48090 | 08/26/2016 | $778.00 | $821.44 | 0.00 | UNSECURED |
| 0034 | MIDLAND FUNDING LLC ACCT# 7699 | PO BOX 2011 WARREN, MI  48090 | 08/26/2016 | $677.00 | $595.88 | 0.00 | UNSECURED |

AMENDED NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0035 | SYNCHRONY BANK ACCT# 1411 | %PRA RECEIVABLES MANAGEMENT, LLC P O BOX 41031 NORFOLK, VA  23541 | 09/20/2016 | $117.53 | $145.23 | 0.00 | UNSECURED |
| 0036 | MIDLAND FUNDING LLC ACCT# 8896 | PO BOX 2011 WARREN, MI  48090 | 08/26/2016 | $264.38 | $264.38 | 0.00 | UNSECURED |
| 0037 | MIDLAND FUNDING LLC ACCT# 4408 | PO BOX 2011 WARREN, MI  48090 | 08/26/2016 | $301.89 | $333.36 | 0.00 | UNSECURED |
| 0038 | MIDLAND FUNDING LLC ACCT# 0939 | PO BOX 2011 WARREN, MI  48090 | 08/26/2016 | $236.89 | $277.67 | 0.00 | UNSECURED |
| 0039 | SYNCHRONY BANK ACCT# 8608 | %PRA RECEIVABLES MANAGEMENT, LLC P O BOX 41031 NORFOLK, VA  23541 | 09/20/2016 | $156.24 | $150.71 | 0.00 | UNSECURED |
| 0040 | TD BANK USA, N.A. ACCT# 6984 | %WEINSTEIN & RILEY, P.S. P O BOX 3978 SEATTLE, WA  98124 | 10/03/2016 | $250.00 | $328.59 | 0.00 | UNSECURED |
| 0041 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC ACCT# 6519 | %PRA RECEIVABLES MANAGEMENT, LLC P O BOX 41031 NORFOLK, VA  23541 | 05/31/2016 | $3,022.00 | $3,022.44 | 0.00 | UNSECURED |
| 0042 | INTERNAL REVENUE SERVICE ACCT# 3062'14 | P O BOX 7317 PHILADELPHIA, PA  19101-7317 | 06/02/2016 | $2,791.00 | $2,602.90 | 0.00 | PRIORITY |
| 0043 | INTERNAL REVENUE SERVICE ACCT# 3062 | P O BOX 7317 PHILADELPHIA, PA  19101-7317 | 06/02/2016 | $0.00 | $150.40 | 0.00 | UNSECURED |
| 0044 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC ACCT# 5691 | %PRA RECEIVABLES MANAGEMENT, LLC P O BOX 41031 NORFOLK, VA  23541 | 05/31/2016 | $0.00 | $1,912.12 | 0.00 | UNSECURED |
| 0045 | AMERICAN HONDA FINANCE CORPORATION ACCT# 7499 | PO BOX 168088 IRVING TX 75016-8088 | 07/18/2016 | WITHDRAWN | $0.00 | 0.00 | SECURED |
| 0046 | AMERICAN HONDA FINANCE CORPORATION ACCT# 7499 | PO BOX 168088 IRVING TX 75016-8088 | 07/25/2016 | WITHDRAWN | $0.00 | 0.00 | SECURED |
| 0047 | PORTFOLIO RECOVERY ASSOCIATES ACCT# 7623 | P O BOX 12914 NORFOLK, VA  23541 | 10/04/2016 | $0.00 | $2,144.43 | 0.00 | UNSECURED |

|  |  |
|---|---|
| TOTAL PRIORITY: | $5,102.90 |
| TOTAL SECURED: | $0.00 |
| TOTAL UNSECURED: | $31,523.64 |
| TOTAL ALL CLAIMS: | $36,626.54 |

AMENDED NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

### * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0001 | AMERICAN HONDA FINANCE CORPORATION<br>ACCT# 7499 | PO BOX 168088<br>IRVING TX 75016-8088 | PAID OUTSIDE |
| 0002 | Cavalry SPV I, LLC<br>ACCT# 8382 | c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ  85712 | PAID OUTSIDE |
| 0003 | Asset Recovery Solutions<br>ACCT# 3645 | 2200 E. Devon Ave Ste 200<br>Des Plaines, IL  60018-4501 | NO CLAIM FILED |
| 0004 | Caliber Home Loans<br>ACCT# 0223 | 3701 Regent Blvd<br>Irving, TX | NO CLAIM FILED |
| 0008 | Capital One<br>ACCT# 6886 | P.O. Box 30281<br>Salt Lake City, UT  84130 | NO CLAIM FILED |
| 0011 | Care Credit/Synchrony Bank<br>ACCT# 5202 | P.O. Box 965036<br>Orlando, FL  32896-5036 | NO CLAIM FILED |
| 0013 | Citizens One<br>ACCT# 6330 | P.O. Box 2360<br>Omaha, 68103<br>Omaha,  68103 | NO CLAIM FILED |
| 0016 | FCO<br>ACCT# 7677 | 12304 Baltimore Ave #E<br>Beltsville, MD  20705 | NO CLAIM FILED |
| 0019 | Genesis Bankcard Service<br>ACCT# 0252 | P.O. Box 4499<br>Beaverton, OR  97076 | NO CLAIM FILED |
| 0020 | GM Financial | P.O. Box 181145<br>Arlington, TX  76096 | NO CLAIM FILED |
| 0021 | Golden State Credit<br>ACCT# 0047 | 280 N. Benson Ave #6<br>Upland, CA  91786 | NO CLAIM FILED |
| 0022 | GreatPlains Lending<br>ACCT# 3328 | 112 Paradise Dr. B<br>Red Rock, OK  74651 | NO CLAIM FILED |
| 0024 | I C Systems<br>ACCT# 8433 | P.O. Box 64378<br>Saint Paul, MN  55164 | NO CLAIM FILED |
| 0026 | Mastercard<br>ACCT# 1957 | Bankcard Services<br>P.O. Box 205458<br>Dallas, TX  75320-5458 | NO CLAIM FILED |
| 0027 | Maxlend<br>ACCT# 4476 | P.O. Box 639<br>Parshall, ND  58770 | NO CLAIM FILED |
| 0030 | Portfolio Recovery Associates<br>ACCT# 7951 | P.O. Box 12914<br>Norfolk, VA  23541 | NO CLAIM FILED |
| 0031 | Risecredit.com<br>ACCT# 8027 | 4150 International PZ 300<br>Fort Worth, TX  76109 | NO CLAIM FILED |
| 0032 | Southwest Collections Svc<br>ACCT# 2061 | P.O. Box 6349<br>Orange, CA  92863-6349 | NO CLAIM FILED |
| 0045 | AMERICAN HONDA FINANCE CORPORATION<br>ACCT# 7499 | PO BOX 168088<br>IRVING TX 75016-8088 | WITHDRAWN |
| 0046 | AMERICAN HONDA FINANCE CORPORATION<br>ACCT# 7499 | PO BOX 168088<br>IRVING TX 75016-8088 | WITHDRAWN |

AMENDED NOTICE OF INTENT TO PAY CLAIMS -  CONTINUED

DATED: July 19, 2018

/s/ Elizabeth F. Rojas

Elizabeth F. Rojas, Trustee

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, 15260 Ventura Blvd ., Suite 710, Sherman Oaks, CA  91403, and that on July 19 , 2018, I mailed and/or electronic copies were served to:

Manuel A. Barajas
Marianne Barajas
836 W. Sola Street
Santa Barbara, CA  93101

Karen L Grant
924 Anacapa St Ste 1M
Santa Barbara, CA  93101

Clerk of the Court
1415 State Street
Santa Barbara, CA  93101

Executed at Sherman Oaks, California on July 16 , 2018.

/s/ Ellen Latsch

Ellen Latsch
Claims Administrator